IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON SCOTT KEENA,

Defendant.                                              No. 07-30136-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Attorney Turner A. Rouse's motion for leave to withdraw as attorney of record for Brandon Scott Keena (Doc. 286) because Defendant Keena has obtained private counsel who has entered an appearance in this case. Attorney Rouse was appointed counsel for Defendant Keena pursuant to **18 U.S.C. § 3006A**. Defendant Keena has since retained counsel and is no longer in need of CJA counsel. Therefore, Attorney Rouse's motion for leave to withdraw as attorney of record (Doc. 286) is **GRANTED**. Attorney Rouse is hereby **WITHDRAWN** as counsel for the Defendant.

**IT IS SO ORDERED.**

Signed this 23rd day of June, 2009.

/s/   David R Herndon
**Chief Judge**
**United States District Court**