IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON SCOTT KEENA,

Defendant.                                              No. 07-30136-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Keena's first motion to continue the sentence set for September 4, 2009 (Doc. 293). Defendant requests that the sentencing hearing currently scheduled for September 4, 2009, be continued for sixty (60) days so that Defendant's counsel can conduct a probation interview and have time to file any objections to the presentence report. The Government does not object to the continuance. Therefore, the Court **GRANTS** Defendant's motion to continue sentence set for September 4, 2009 and **CONTINUES** the sentencing hearing until **November 6, 2009 at 9:30 a.m.**

**IT IS SO ORDERED.**

Signed this 24th day of June, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**