IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON SCOTT KEENA,

Defendant.                                              No. 07-30136-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Keena's second motion to continue sentence set for November 6, 2009 (Doc. 422). Defendant requests that the current sentencing hearing be continued for 30 to 45 days as his counsel has another hearing he must attend on that day. The Government does not object to the continuance. Therefore, the Court **GRANTS** Defendant's motion to continue sentence (Doc. 422) and **CONTINUES** the sentencing hearing currently scheduled for November 6, 2009 until **January 5, 2010 at 10:00 a.m.**.

**IT IS SO ORDERED.**

Signed this 15th day of October, 2009.

/s/     *David R Herndon*
**Chief Judge**
**United States District Court**